UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LBS ASSOCIATES, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TARGAZYME, INC., et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-03346-JSW<br><br>**ORDER TO SHOW CAUSE** |

On September 27, 2019, after the parties filed a notice of settlement in principle, the Court ordered the parties to submit a stipulated dismissal no later than November 4, 2019. (Dkt. No. 36.) The parties are HEREBY ORDERED TO SHOW CAUSE, no later than January 27, 2020, why they have not complied with this Court's order.

**IT IS SO ORDERED.**

Dated: January 22, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　United States District Judge